# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13374-MDC

FRANKLIN SPENCER

1100 E. BARRINGER STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  FRANKLIN SPENCER

  1100 E. BARRINGER STREET

  PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 6/7/2018  _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee