United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-13374-mdc
Franklin Spencer                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW           Page 1 of 2             Date Rcvd: Apr 25, 2019
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
```
db          +Franklin Spencer,   1100 E. Barringer Street,   Philadelphia, PA 19119-3904
cr          +The Bank of New York Mellon, et al,   c/o Prober & Raphael, A Law Corporation,
             20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
13726331     Bernstein Burkley, P.C.,   Gulf Tower, Suite 2200,   Pittsburgh, PA 15219
13726333    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
             (address filed with court: Ditech Financial Llc,   332 Minnesota St Ste 610,
             Saint Paul, MN 55101)
13726334    +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13746693    +Progressive Insurance,   PO Box 178,   Baltimore, MD 21203
13912694    +The Bank of New York Mellon fka The Bank of New Yo,   c/o MATTEO SAMUEL WEINER,
             KML Law Group, P.C.,   701 Market Street,  Suite 5000,   Philadelphia, PA 19106-1541
14037112    +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:59    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2019 02:37:37
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 26 2019 02:37:51    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2019 02:37:25    Ditech Financial LLC,
             PO BOX 6154,   Rapid City, SD  57709-6154
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:56:10
             PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
13726330    +E-mail/Text: banko@acsnv.com Apr 26 2019 02:37:52     Allied Coll,
             3080 S Durango Dr Suite 208,   Las Vegas, NV 89117-9194
13776589     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 26 2019 02:42:57
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
13814941     E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:59    City of Philadelphia,
             Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13767320    +E-mail/Text: bankruptcy@consumerportfolio.com Apr 26 2019 02:37:48
             CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13726332    +E-mail/Text: bankruptcy@consumerportfolio.com Apr 26 2019 02:37:48    Consumer Portfolio Svc,
             Po Box 57071,   Irvine, CA 92619-7071
13899504     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:42:52
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13773623     E-mail/Text: appebnmailbox@sprint.com Apr 26 2019 02:37:39    Sprint Corp.,
             Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
13773232    +E-mail/Text: bankruptcysst@alorica.com Apr 26 2019 02:37:18
             Systems & Services Technologies, Inc. (SST),   4315 Pickett Road,   St. Joseph, MO 64503-1600
13805532     E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2019 02:37:25    The Bank of New York Mellon,
             c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
13726335    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 26 2019 02:37:17
             Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13726336     E-mail/Text: megan.harper@phila.gov Apr 26 2019 02:37:59    Water Revenue Bureau,
             1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 16
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Apr 25, 2019
                              Form ID: pdf900             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Franklin  Spencer dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    The Bank Of New York Mellon
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
           York, as trustee for the certificateholders of the CWABS, Inc., Asset -Backed Certificates
           Series 2006-23 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLIN SPENCER                    Chapter 13

                Debtor               Bankruptcy No. 16-13374-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __25th__ day of __April__, 2019 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
FRANKLIN SPENCER

1100 E. BARRINGER STREET

PHILADELPHIA, PA 19119